FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2017 APR -5 PM 3:20

Case No. 2:17-cv-187-FTM-99-MRM

WARREN WATTERS,

        Plaintiff,

vs.

THE HUNTINGTON NATIONAL BANK,

        Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to Sections 1331 and 1441(a) of Title 28 of the United States Code, Defendant, THE HUNTINGTON NATIONAL BANK, by counsel, hereby removes the action captioned: *Warren Watters v. The Huntington National Bank*, In the Circuit Court for Charlotte County, Florida, Case No.: 17000187CA (the "State Court Action"), to the United States District Court for the Middle District of Florida, Fort Myers Division, on the following grounds:

1. On February 28, 2017, Plaintiff filed his Complaint in the State Court Action. Defendant was served with a copy of the Complaint on or about March 16, 2017. *See* **Exhibit 1** (State Court Summons and Complaint).

2. The Summons and the Complaint attached hereto as Exhibit 1 constitute all process, pleadings, and orders served on Defendant in the State Court Action.

3. Defendant has timely filed this Notice of Removal within thirty (30) days of receipt of the Complaint. *See* 28 U.S.C. § 1446(b).

4. This Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1331, because Count I of the Complaint arises under the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, *et seq.* (the "TCPA"), which is a law of the United States. (Complaint, Count I, ¶¶ 23-39.)

5. Count II of the Complaint purports to assert a claim under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 (the "State Law Claim").

6. Under 28 U.S.C. §1367(a), this Court has supplemental jurisdiction over the State Law Claim because it arises from the same factual allegations as the federal TCPA claim, and therefore forms part of the same case and controversy. Specifically, Plaintiff's TCPA claim and the State Law Claim broth arise from telephone calls allegedly made by Defendant to Plaintiff in an attempt to collect a debt.

7. Moreover, there is no reason why this Court should not exercise supplemental jurisdiction over Plaintiff's State Law Claim, as (1) the State Law Claim does not raise a novel or complex issue of State law; (2) the State Law Claim does not substantially predominate over the claim over which this Court has original jurisdiction; (3) this Court has not dismissed all claims over which it has original jurisdiction; and (4) there are no exceptional circumstances or other compelling reasons for declining jurisdiction. *See* 28 U.S.C. § 1367(c). Thus, removal is proper under 28 U.S.C. § 1441(c).

8. The United States District Court for the Middle District of Florida, Fort Myers Division, is the district court for the judicial district and division within which the State Court Action is pending.

9. Promptly after Defendant files this Notice of Removal, Defendant shall give written notice of the filing of this Notice to Plaintiff and will file a copy of this Notice with the clerk of the State Court.

10. By virtue of this Notice of Removal, Huntington does not waive its right to assert any personal jurisdictional claim or other motions including Rule 12 motions and/or motion to compel arbitration permitted by the Federal Rules of Civil Procedure. Pursuant to Federal Rules of Civil Procedure 6 and 81(c), Huntington will file a response to the Complaint within the time proscribed by said rules or in accord with any extensions granted.

WHEREFORE, Defendant, THE HUNTINGTON NATIONAL BANK, respectfully requests that this Court exercise jurisdiction over this action and issue all necessary orders and process to remove the State Court Action to the United States District Court for the Middle District of Florida, Fort Myers Division.

Respectfully submitted this 5th day of April, 2017.

STOVASH, CASE & TINGLEY, P.A.

Robert L. Case, Esquire
Florida Bar No.: 0152129
Primary E-mail: rcase@sctlaw.com
Matthew J. Pearce, Esquire
Florida Bar No.:0108368
Primary Email: mpearce@sctlaw.com

3

Secondary Email: sarcia@sctlaw.com
Stovash, Case & Tingley, P.A.
The VUE at Lake Eola
220 North Rosalind Avenue
Orlando, Florida 32801
Telephone: (407) 316-0393
Facsimile: (407) 316-8969

Counsel for The Huntington National Bank

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2017, I served this Notice of Removal via electronic mail transmission to: Gregg Horowitz, Esquire, P.O. Box 2927, Sarasota, Florida 34230, Gregg.horowitz@verizon.net.

_____
Matthew J. Pearce, Esquire